

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00141-CV

| | | |
|---|---|---|
| KENNETH LYONS, Appellant | § | On Appeal from the 158th District Court |
| | § | of Denton County (15-05355-158) |
| V. | § | December 13, 2018 |
| DENTON INDEPENDENT SCHOOL DISTRICT, Appellee | § | Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. We affirm the trial court's judgment.

We tax appellate costs against Appellant Kenneth Lyons.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr